### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**WILLIAM B. MCMULLAN**                                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:24-cv-00163-LG-BWR**

**JOEL TANNER, et al.**                                                 **DEFENDANTS**

### <u>FINAL JUDGMENT</u>

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff William B. McMullan's remaining claims against Deputy Joel Tanner and Lt. Shane Bozeman are **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915 and pursuant to *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994), are met. There being no other claims to adjudicate, this case is finally **CLOSED**.

**SO ORDERED AND ADJUDGED** this the 18th day of July, 2025.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE